## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 CIV 7051                                                                 Purchased/Filed: August 7, 2008
STATE OF NEW YORK    UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT

---

The New York City District Council of Carpenters Pension Fund, et al     Plaintiff

against

Toquir Contracting, Inc.     Defendant

---

STATE OF NEW YORK     SS.:
COUNTY OF ALBANY

__Jessica Miller__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __August 12, 2008__, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons and Complaint with Exhibits and Judges Rules

on __Toquir Contracting, Inc.__, the Defendant in this action, by delivering to and leaving with __Donna Christie__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __38__    Approx. Wt: __145__    Approx. Ht: __5'5"__
Color of skin: __White__    Hair color: __Blonde__    Sex: __F__    Other: _____

Sworn to before me on this
__15th__ day of __August, 2008__

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0807729

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**